1  **MCGUIREWOODS LLP**
   Alicia A. Baiardo (SBN 254228)
2  Christine M. Mastromonaco (SBN 318894)
3  Two Embarcadero Center, Suite 1300
   San Francisco, California 94111
4  Telephone: (415) 844-9944
   Facsimile: (415) 844-9922
5  abaiardo@mcguirewoods.com
6  cmastromonaco@mcguirewoods.com

7
   Attorneys for Defendant
8  Capital One, N.A. d/b/a Capital One Auto Finance

                                                     **'22CV493  BAS BLM**

9

10            UNITED STATES DISTRICT COURT

11            SOUTHERN DISTRICT OF CALIFORNIA

12

13  PATRICIA FIERRO,                          **DECLARATION OF MUKUND
                                              NARAYANAN IN SUPPORT OF
14            Plaintiff,                       CAPITAL ONE'S REMOVAL OF
                                              CIVIL ACTION FROM STATE
15                                            COURT**
       vs.
16
17  CAPITAL ONE, N.A.,

18            Defendant.

19

20

21

22

23

24

25

26

27

28

1             **<u>DECLARATION OF MUKUND NARAYANAN</u>**

2 I, Mukund Narayanan, declare as follows:

3        1.      I am a Sr. Business Director at Capital One, N.A. ("Capital One"). I

4 submit this Declaration in support of Capital One's Removal of Civil Action from

5 State Court. If called upon to testify as to the matters set forth therein, I could and

6 would do so competently.

7        2.      In my role at Capital One, I have gained personal knowledge and

8 experience regarding policies and procedures regarding Guaranteed Asset Protection

9 (GAP) contracts. Through my role as a Sr. Business Director, I have access to, and

10 have reviewed, records in Capital One's databases and can attest to the authenticity

11 of the information contained in such databases.

12        3.      Based on my knowledge and experience, the cost for Capital One to

13 comply with Plaintiff's requests for public injunctive relief related to the RISCs and

14 GAP contracts will exceed $75,000. *See* Ex. A (Complaint) ¶ 57 (e), (f).

15

16 I declare under penalty of perjury under the laws of the United States of America that

17 the foregoing is true and correct. Executed this 11th day of April 2022 in Plano, TX.

18

19 By: _____

                        08CFC5CACE2F437...

20                          Mukund Narayanan

                         Sr. Business Director

21                          Capital One, N.A.

22

23

24

25

26

27

28

                                        1

DECLARATION OF MUKUND NARAYANAN IN SUPPORT OF CAPITAL ONE'S
REMOVAL OF CIVIL ACTION FROM STATE COURT

## CERTIFICATE OF SERVICE

I certify that on April 11, 2022, the foregoing document entitled **DECLARATION OF MUKUND NARAYANAN IN SUPPORT OF DEFENDANT CAPITAL ONE,  N.A.'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. § 1332 [DIVERSITY JURISDICTION]** was filed electronically in the Court's EFC; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case. I further certify that a copy of the foregoing document(s) was [mailed via U.S. Mail or another carrier] to the person(s) listed below:

Jon B. Dumbeck, Esq.                    Attorneys for Plaintiff
Curtis M. King, Esq.                     Patricia Fierro
DUMBECK & DUMBECK
3355 Mission Ave., Suite 139
Oceanside, CA 92058
Telephone: (760) 5296-4958
Facsimile: (760) 637-2391

/s/ *Alicia A. Baiardo*
Alicia A. Baiardo